No. 118, Misc.   DUBOIS *v.* MOSSEY ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would grant certiorari and reverse this

judgment on the ground that petitioner has been denied a trial by jury which the Seventh Amendment to the Constitution is intended to guarantee. *Walter L. Clements* for petitioner. *Charles C. Collins* for the State Mutual Farm Ins. Co., respondent.